PHILIP VENDETTI, Appellant, v. HAROLD HANSON et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

SAMUEL S. RONDINELLI, an Infant, by RITA RONDINELLI, His Guardian ad Litem, Appellant, v. HAROLD HANSON et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

RITA RONDINELLI, Appellant, v. HAROLD HANSON et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOHN D'AMORE, an Infant, by ALFONSO D'AMORE, His Guardian ad Litem, Appellant, v. HAROLD HANSON et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

ALFONSO D'AMORE, Appellant, v. HAROLD HANSON et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

GABRIEL ENSENAT, an Infant, by BARTOLOME ENSENAT, His Guardian ad Litem, Appellant, v. HAROLD HANSON et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.